UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THE HANOVER INSURANCE COMPANY,

        Plaintiff,

    v.

CV SUPPLY, INC., fka VALLEY SUPPLY, INC., PACIFIC COAST BUILDING PRODUCTS, INC., and DOES 1-10,

        Defendants.
_____/

NO. CIV. S-12-2645 LKK/KJN

O R D E R

    A status conference was held in chambers on January 22, 2013. After hearing, the court orders as follows:

    1.    A further status conference is set for March 18, 2013 at 2:00 p.m.

    2.    The parties shall file updated status reports no later than March 4, 2013

    IT IS SO ORDERED.

    DATED: January 23, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1