UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
THE HANOVER INSURANCE
COMPANY,
                                    NO. CIV. S-12-2645 LKK/KJN
        Plaintiff,

    v.
                                       O R D E R
CV SUPPLY, INC., fka
VALLEY SUPPLY, INC.,
PACIFIC COAST BUILDING
PRODUCTS, INC., and
DOES 1-10,

        Defendants.
                                    /
```

A status conference was held in chambers on March 18, 2013. After hearing, the court orders as follows:

1. A further status conference is set for May 20, 2013 at 1:30 p.m.

2. The parties shall file updated status reports no later than May 6, 2013

IT IS SO ORDERED.

DATED: March 19, 2013.

*(signature)*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1