UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    v.<br><br>CV SUPPLY, INC., fka CAMELLIA VALLEY SUPPLY, INC., PACIFIC COAST BUILDING PRODUCTS, INC., and DOES 1-10,<br><br>            Defendants. | No.  CIV. S-12-2645 LKK/KJN<br><br>**ORDER** |

A status conference was held in chambers on March 3, 2014. After hearing, the court orders as follows:

A further status conference is set for March 31, 2014 at 3:00 p.m.  The parties shall file updated status reports fourteen (14) days preceding the status conference.

IT IS SO ORDERED.

DATED:  March 4, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT