UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C V SUPPLY, INC. aka CAMELLIA VALLEY SUPPLY, INC.; PACIFIC COAST BUILDING PRODUCTS, INC., and DOES 1-10<br><br>　　　　　Defendants. | No. CIV. S-12-2645 LKK/KJN<br><br>**ORDER** |

　　Counsel for defendant has filed a Joint Notice of Settlement in the above-captioned case.  The court now orders that the dispositional documents disposing of the case be filed no later than twenty (20) days from the effective date of this order.

　　All hearing dates heretofore set in this matter are hereby **VACATED.**

　　<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

<u>////</u>

1

1          IT IS SO ORDERED.

2          DATED:  March 28, 2014.

```
                        _____
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```

2