Phillip E. Smith, Esq. SBN 120222
SMITH SMITH & FEELEY LLP
16330 Bake Parkway
Irvine, California 92618
Telephone: 949.263.5920
Facsimile: 949.263.5925
Email: psmith@insurlaw.com

Attorneys for Plaintiff
The Hanover Insurance Company


Thomas J. LoSavio, SBN 51023
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111
Telephone: (415) 981-6630
Facsimile: (415) 982-1634
Email: tlosavio@lowball.com

Attorneys for Defendant
Pacific Coast Building Products, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>C V SUPPLY, INC. fka CAMELLIA VALLEY SUPPLY, INC., PACIFIC COAST BUILDING PRODUCTS, INC., and DOES 1-10,<br><br>　　　　　　Defendants. | Case No.: 2:12-CV-02645-LKK-KJN<br><br>Assigned To:<br>Hon. Lawrence K. Karlton<br>Courtroom : 4<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

### STIPULATION FOR DISMISSAL OF ACTION

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, plaintiff The Hanover Insurance Company and defendant Pacific Coast Building Products, Inc., by and through their respective counsel of record, hereby stipulate that the above-entitled action shall be dismissed

with prejudice, with each party to bear its own attorney's fees and costs.

I, Phillip E. Smith, attest that all signatories listed below have concurred in the content and have authorized the filing of this Stipulation for Dismissal of Action.

Dated:  April 14, 2014          SMITH SMITH & FEELEY LLP

                                By:  /s/ Phillip E. Smith
                                     Phillip E. Smith
                                     Attorneys for Plaintiff
                                     The Hanover Insurance Company

Dated:  April 14, 2014          LOW, BALL & LYNCH PC

                                By:  /s/ Thomas J. LoSavio (as authorized on 4/14/14)
                                     Thomas J. LoSavio
                                     Attorneys for Defendant
                                     Pacific Coast Building Products, Inc.

**ORDER**

Pursuant to the above stipulation of counsel, it is hereby ordered that this action is dismissed with prejudice, with each party to bear its own attorney's fees and costs.

Dated: April 15, 2014

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT